ORDER
PER CURIAM:
On March 6, 2001, the Court issued an order that vacated and remanded the December 6, 1999, decision of the Board of *140 Veterans’ Appeals (Board or BVA), pursuant to the Veterans Claims Assistance Act (VCAA) of 2000, Pub.L. No. 106-475, 114 Stat.2096 (Nov. 9, 2000). That decision denied the appellant’s claim for compensation under the provisions of 38 U.S.C. § 1151 for residuals of a cerebral hemorrhage. On March 14, 2001, the appellant filed a motion for reconsideration and for a panel decision.
On consideration of the foregoing and the record, it is
ORDERED, by the single judge, that the motion for reconsideration is denied. It is further
ORDERED, by the panel, that the motion for a panel decision is denied.